# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ALAN MAHAN and ANGELA MAHAN**                               **PLAINTIFF**

**vs.**                                    **NO. 4:08CV04183 GTE**

**UNION PACIFIC RAILROAD COMPANY**                        **DEFENDANT**

### ORDER OF DISMISSAL

Pending before the Court is the Joint Motion to Dismiss requesting that this action be dismissed with prejudice.

IT  IS  THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case be, and it is hereby, dismissed with prejudice.

SO ORDERED this 15th day of June, 2009.

       __/s/Garnett Thomas Eisele_____
       UNITED STATES DISTRICT JUDGE